AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

MAR 1 0 2014

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1-12mj 720 |
| _Darold_ _Kerns_ | ) | |
| Defendant | ) | |
| | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Courtroom No.: | 500 |
|---|---|---|
| | Date and Time: | 3/11/14 @ 10AM |

      **IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10 Mar 14

/s/
Ivan D. Davis
United States Magistrate Judge