IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA           )
                                   )
                                   )
v.                                 )  CRIMINAL NO. 1:12MJ720
                                   )
                                   )
DAROLD KERNS                       )
     Defendant                     )

O R D E R

THIS CAUSE came on March 11, 2014, for a hearing on the charge
that defendant DAROLD KERNS violated the conditions of supervised
probation imposed herein. The defendant appeared with counsel, M.
Petrovich, Esquire; the United States was represented by D.
Sentilles, Esquire.

The defendant neither or admitted denied the allegations as
contained in the Petition on Probation due to the state pending
charges.

Wherefore, it is

ORDERED that the defendant DAROLD KERNS is continued on the
same terms and conditions of probation with the following
modifications:

1.    Defendant shall be placed on home detention with
electronic monitoring with time outs for class, visits with
probation, and alcohol treatment.

2.    Defendant shall undergo remote alcohol testing at the direction of the probation officer.

3.    Defendant shall undergo alcohol treatment at the direction of the probation officer.

4.    Defendant shall not operate a motor vehicle.

This matter shall be continued to April 29, 2014 at 10:00 AM for status before the undersigned.

The Clerk shall mail copies of this order—to counsel of record.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

March 11, 2014
Alexandria, Virginia