# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN**

UNITED STATES OF AMERICA     HEARING: Status     CASE #: 12mj 720

-vs-     DATE: 6/17/14     TIME: 2:00pm

Darold Kerns     TYPE: FTR RECORDER     DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: A. Ptachkin

COUNSEL FOR THE DEFENDANT: M. Petrovich

INTERPRETER: _____     LANGUAGE: _____

(X) DEFENDANT APPEARED: (X) WITH COUNSEL     ( ) WITHOUT COUNSEL

( ) DEFENDANT FAILED TO APPEAR     ( ) WARRANT TO BE ISSUED

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____     ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Deft. request cont. in order to resolve state charges - GRANTED.

---

**CONDITIONS OF RELEASE:**
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3^RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( ) RELEASE ORDER GIVEN TO USMS
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(X) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION/~~SUPERVISED RELEASE~~

**NEXT COURT APPEARANCE:** 8/5/14 at 10:00AM Before Buchanan
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT (X) PBV ( ) SRV ( ) R5