RECEIVED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

2014 JUL 29 A 10 06

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CL... ... ...TRICT COURT
AL... .XANDRIA. VIRGINIA

(V- kSS

CASE NO.: 1:12MJ00720
CASE NAME: United States v. Darold L. Kerns

TO:   Alexandria Detention Center
      2003 Mill Road
      Alexandria, VA 22314
      703.746.4114
      Fax: 703.746.5033

YOU ARE HEREBY COMMANDED to surrender the body of: Darold L. Kerns, a sentenced prisoner, Prisoner No. Unknown, SSN: xxx-xx-9071, DOB: xx/xx/1965, Race: Black, Sex: Male, Weight: unknown, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, so that his body will be before the Honorable Theresa Carroll Buchanan, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 10:00 o'clock a.m., on the 5th day of August, 2014, or at such other time as the Court may direct. This inmate will be retained until the completion of the case.

WITNESS
Theresa Carroll Buchanan
United States Magistrate Judge
at Alexandria, Virginia
This 29th day of July, 2014

FERNANDO GALINDO
CLERK OF COURT

By: _____
      Deputy Clerk

Writ requested by: SAUSA Adam Ptashkin/amb, Phone: 703-299-3700, Fax: 703-299-3980
Approved by: Joseph Martin, Assistant Commonwealth's Attorney, 703-792-6050